SAUSA Elizabeth A. Homan (312) 469-6052

**FILED** SM

DEC 05 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL W. DECKER

Case No.: **19 CR 911**

SUNIL R. HARJANI
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MICHAEL SHANAHAN, personally appearing before United States Magistrate Judge SUNIL R. HARJANI and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MICHAEL W. DECKER has been charged by Superseding Indictment in the Western District of Pennsylvania with the following criminal offenses: false statements in a loan application, in violation of Title 18, United States Code, Sections 2 and 1014 (Counts One and Two); aggravated identity theft, in violation of Title 18, United States Code, Sections 2 and 1028A(a)(1) (Counts Three and Four); and conspiracy to make a false statement in a loan application, in violation of Title 18, United States Code, Sections 2 and 1014, and to commit aggravated identity theft, in violation of Title 18, United States Code, Sections 2 and 1028A(a)(1); all in violation of Title 18, United States Code, Section 371.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

MICHAEL SHANAHAN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 5th day of December, 2019.

SUNIL R. HARJANI
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**MICHAEL W. DECKER**

**WARRANT FOR ARREST**

Case Number: **2:19−CR−00029−NBF**
**\*SEALED\***

JUL 31 '19 PM2:00
U.S. MARSHALS PGH,PA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **MICHAEL W. DECKER,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**FALSE STATEMENT IN A LOAN APPLICATION, AGGRAVATED IDENTITY THEFT, CONSPIRACY**

in violation of United States Title:Section(s)

**18:2 & 1014, 18:2 & 1028A(a)(1), 18:371**

Jennifer L Dash
Name of Issuing Officer

*Jennifer L Dash*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

07/31/2019         US District Court
Date and Location

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above−named defendant _____

Date Received _____     Name and Title of Arresting Officer _____

Date of Arrest _____     Signature of Arresting Officer _____

**FILED**

JUL 3 0 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-29 |
| | ) | (18 U.S.C. §§ 2, 371, 1014 and 1028A(a)(1)) |
| MICHAEL W. DECKER | ) | UNDER SEAL |
| DANILO MARTINEZ | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 1, 2018, in the Western District of Pennsylvania, the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, knowingly made and caused to be made a false statement in an application for a vehicle loan submitted to the Bank of America, a bank the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of the said bank to issue a loan for the purchase of a Jeep Grand Cherokee Trackhawk, for approximately $120,583, in that the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, stated and represented in the application, and caused to be stated and represented in the application, that defendant MICHAEL W. DECKER was an individual by the name of B.B., with social security number xxx-xx-4769, whereas in truth and fact, as the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, well knew, such statement was false, fictitious and fraudulent.

In violation of Title 18, United States Code, Sections 2 and 1014.

<u>COUNT TWO</u>

The grand jury further charges:

On or about October 8, 2018, in the Western District of Pennsylvania, the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, knowingly made and caused to be made a false statement in an application for a vehicle loan submitted to the Wells Fargo Bank, a bank the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of the said bank to issue a loan for the purchase of a Jeep Grand Cherokee Trackhawk, for approximately $101,410, in that the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, stated and represented in the application, and caused to be stated and represented in the application, that defendant MICHAEL W. DECKER was an individual by the name of T.D., with social security number xxx-xx-8851, whereas in truth and fact, as the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, well knew, such statement was false, fictitious and fraudulent.

In violation of Title 18, United States Code, Sections 2 and 1014.

## COUNT THREE

The grand jury further charges:

On or about October 1, 2018, in the Western District of Pennsylvania, the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, during and in relation to the felony violation of making a false statement in a loan application, as set forth in Count One, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, specifically, the name and social security number of a person known to the grand jury as B.B.

In violation of Title 18, United States Code, Sections 2 and 1028A(a)(1).

3

## COUNT FOUR

The grand jury further charges:

On or about October 8, 2018, in the Western District of Pennsylvania, the defendants, MICHAEL W. DECKER and DANILO MARTINEZ, during and in relation to the felony violation of making a false statement in a loan application, as set forth in Count Two, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, specifically, the name and social security number of a person known to the grand jury as T.D.

In violation of Title 18, United States Code, Sections 2 and 1028A(a)(1).

4

## COUNT FIVE

The grand jury further charges:

## THE CONSPIRACY AND ITS OBJECTS

From in and around July of 2018, and continuing thereafter to on or about October 8, 2018, in the Western District of Pennsylvania and elsewhere, defendants MICHAEL W. DECKER and DANILO MARTINEZ did knowingly and willfully conspire, combine, confederate and agree together and with each other, to commit offenses against the United States, namely, False Statements in Loan Applications, in violation of Title 18, United States Code, Section 1014, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

## MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy that defendants MICHAEL W. DECKER and DANILO MARTINEZ would travel from the State of Illinois to various locations outside the State of Illinois in order to obtain motor vehicles by fraudulently submitting loan applications for the purchase of those vehicles.

2. It was further part of the conspiracy that defendants MICHAEL W. DECKER and DANILO MARTINEZ would use identification information for other persons, without the permission or knowledge of those persons, in the vehicle loan applications, in order to fraudulently obtain loans for the purchase of the vehicles.

3. It is further part of the conspiracy that, between in and around July of 2018, and on or about October 8, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ submitted false loan applications containing the identification information of other persons for the purpose of obtaining the vehicles described below from the dealerships on the dates described below, using the identification information described below:

5

| DATE | VEHICLE | DEALERSHIP | STOLEN IDENTITY |
|------|---------|------------|-----------------|
| July 16, 2018 | 2018 GMC Sierra Denali | Chevrolet Buick GM Cadillac of Murfreesboro, TN | T.E. |
| July 16, 2018 | 2018 Mercedes Benz S560V | Mercedes Benz of Nashville, TN | T.E. |
| July 19, 2018 | 2018 Chevrolet Corvette Stingray | Best Chevrolet, Kenner, LA | D.P. |
| July 19, 2018 | 2018 GMC Sierra Denali | Crown Buick, Metairie, LA | D.P. |
| October 1, 2018 | 2018 Jeep Grand Cherokee Trackhawk | Hancock Chrysler Jeep Dodge, Newell, WV | B.B. |
| October 1, 2018 | 2018 Jeep Grand Cherokee Trackhawk | CarRight Chrysler Jeep Dodge, Moon Township, PA | B.B. |
| October 8, 2018 | 2018 Jeep Grand Cherokee Trackhawk | Three Rivers Chrysler Jeep Dodge, Pittsburgh, PA | R.K. |
| October 8, 2018 | 2018 Jeep Grand Cherokee Trackhawk | Jim Shorkey Chrysler Jeep Dodge, North Huntingdon, PA | T.D. |

## OVERT ACTS

6.     In furtherance of the conspiracy, and to effect the objects of the conspiracy, defendants MICHAEL W. DECKER and DANILO MARTINEZ committed the following overt acts in the Western District of Pennsylvania and elsewhere:

(a)     On or about July 16, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Chevrolet Buick GM Cadillac dealership in Murfreesboro, TN.

(b)     On or about July 16, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Mercedes Benz dealership in Nashville, TN.

(c)     On or about July 19, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Best Chevrolet dealership in Kenner, LA.

(d)     On or about July 19, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Crown Buick dealership in Metairie, LA.

(e)     On or about October 1, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Hancock Chrysler Jeep Dodge dealership in Newell, W.V.

(f)     On or about October 1, 2018, defendants MICHAEL W. DECKER and DANILO

6

MARTINEZ travelled to a CarRight Chrysler Jeep Dodge dealership in Moon Township, PA.

(g)     On or about October 8, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Three Rivers Chrysler Jeep dealership in Pittsburgh, PA.

(h)     On or about October 8, 2018, defendants MICHAEL W. DECKER and DANILO MARTINEZ travelled to a Jim Shorkey Chrysler Jeep Dodge dealership in North Huntingdon, PA.

(i)     On or about October 8, 2018, defendant MICHAEL W. DECKER entered the Jim Shorkey Chrysler Jeep Dodge dealership in North Huntingdon, PA.

(j)     On or about October 8, 2018, defendant MICHAEL W. DECKER submitted and caused to be submitted a loan application in the name of T.D., at and through the Jim Shorkey Chrysler Jeep Doge dealership in North Huntingdon, PA to Wells Fargo Bank.

(k)     On or about October 8, 2018, defendant MICHAEL W. DECKER fled from police officers at or near the Jim Shorkey Chrysler Jeep Dodge dealership in North Huntingdon, PA.

(l)     On or about October 8, 2018, defendant MICHAEL W. DECKER fled from the area of North Huntingdon, PA after police arrived at the Jim Shorkey Chrysler Jeep Dodge dealership in North Huntingdon, PA.

In violation of Title 18, United States Code, Section 371.

A True Bill,

Foreperson

SCOTT W. BRADY
United States Attorney
PA ID No. 88352

7